# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Kathryne A. Parsons,  )  | CASE NO. 4:15-cv-01365-BHH-KDW |
| Plaintiff,  ) | |
| vs.  ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Coastal Carolina University,  ) | |
| Defendant.  ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Kathryne A. Parsons (hereafter "Plaintiff") hereby dismisses with prejudice all claims that were asserted in this lawsuit or that could have been asserted in this lawsuit against Coastal Carolina University (hereafter "Defendant"). Plaintiff hereby forever end her claims against Defendant in this action, and the Parties herein incorporate by reference the terms of the Confidential Settlement Agreement & Release.

**WIGGER LAW FIRM, INC.**                     **MCNAIR LAW FIRM, P.A.**

  s/Gary J. Heisterkamp                                  s/James K. Gilliam
Gary J. Heisterkamp, Fed ID #12223        James K. Gilliam, Fed ID #10761
8086 Rivers Avenue, Suite A                     2411 N. Oak Street, Suite 206 (29577)
North Charleston, SC 29406                      Post Office Box 336
Ph:     (843) 553-9800                                  Myrtle Beach, SC 29578-0336
Fax:    (843) 553-1648                                  Ph:     (843) 444-1107
Email: gheisterkamp@wiggerlawfirm.com   Fax:    (843) 443-9137
*Attorney for the Plaintiff*                             Email:  jgilliam@mcnair.net
                                                                      *Attorney for the Defendant*
North Charleston, South Carolina

June 16, 2016                                                Myrtle Beach, South Carolina

                                                                    June 16, 2016